ANDREA T. MARTINEZ, United States Attorney (#9313)
Angie Clifford-Salisbury, Assistant United States Attorney (#17485)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CESAR GOMEZ-LLANOS,<br><br>Defendants. | Case No. 2:22mj98-DAO<br><br>COMPLAINT<br><br><br><br>Magistrate Judge Daphne Oberg |

Before the Honorable Daphne Oberg, United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

**COUNT I**
21 U.S.C. § 841(a)(1)
(Possession of Heroin with Intent to Distribute)

On or about February 14, 2022, in the District of Utah,

CESAR GOMEZ-LLANOS,

defendant herein, did knowingly and intentionally possess with intent to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

**STATEMENT OF PROBABLE CAUSE**

Complainant states that this complaint is based on information obtained through investigation consisting of the following:

1. I, Hector Funes, am a Special Agent with Homeland Security Investigations (HSI) in Salt Lake City, Utah. I have been employed as a Special Agent with Homeland Security Investigations and have been employed in this capacity since August 2020. As a Special Agent, I am responsible for enforcing federal immigration and criminal statutes, including Title 21 of United States Code, Section 841, relating to Possession with Intent to Distribute Controlled Substances. I have received specialized training in and during the course of my employment have conducted and assisted in hundreds of criminal investigations of Federal immigration and criminal laws.
2. This affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant; therefore, this complaint does not contain all of the information known to me or to law enforcement regarding this investigation. I have set forth only those facts necessary to establish probable cause to believe that CESAR GOMEZ-LLANOS (hereinafter, “GOMEZ-LLANOS”) has violated the crimes alleged above in this complaint.
3. Information developed to date as a result of my investigation and the investigation of others has revealed the following facts.

4. Beginning in 2021, law enforcement was provided with information from a source regarding a Mexico based drug trafficking organization (DTO) who distribute heroin in the Salt Lake Valley.
5. On January 28, 2022, HSI UC contacted the Mexico-based DTO to purchase heroin via the DTOs "runner", SALVADOR MARQUEZ-FLORES. Law enforcement maintained continuous surveillance as the UC went to the predetermined location, got into MARQUEZ-FLORES's vehicle and purchased heroin. Law enforcement noted that during this buy, MARQUEZ-FLORES had another unidentified male with him, who was later identified as CESAR GOMEZ-LLANOS. MARQUEZ-FLORES stated to the HSI UC that GOMEZ-LLANOS would be taking over the operation in the Salt Lake Valley.
6. The HSI UC then met law enforcement after and gave law enforcement the heroin he had purchased from MARQUEZ-FLORES and GOMEZ-LLANOS. Law enforcement tested the substance and it field tested positive for heroin. The weight of the heroin was approximately 2.2 ounces (approximately 62 grams).
7. During this controlled buy, law enforcement were able to identify MARQUEZ-FLORES and GOMEZ-LLANOS' vehicle, a silver color Honda Accord with a Utah license plate U298RU.
8. On February 9, 2022, the Mexico based DTO contacted the HSI UC and advised the UC that he had "blues" available. Law enforcement know from training and experience, that "blues" refer to fentanyl pills.

9. On February 10, 2022, law enforcement attempted to purchase fentanyl pills from both MARQUEZ-FLORES and GOMEZ-LLANOS, but the deal did not go through due to the nervousness of the "runners". Law enforcement learned that the white Honda Accord broke down and the "runners" were driving a silver Volkswagen SUV with temporary registration CH48156.

10. Law enforcement have also learned through another source of information that the "runners" had recently picked up a large quantity of fentanyl pills that are for sale.

11. Law enforcement then conducted extensive surveillance on MARQUEZ-FLORES and GOMEZ-LLANOS and observed them at their residence in West Valley City, Utah. Law enforcement officers watched them return to the residence at night and leave from the residence in the morning and law enforcement physically observed GOMEZ-LLANOS leave his residence in West Valley City in the week prior to his arrest.

12. On February 16, 2022, law enforcement conducted surveillance on MARQUEZ-FLORES and GOMEZ-LLANOS residence and observed GOMEZ-LLANOS leave his residence in his Volkswagen Tiguan (Temp tag CH48156). Law enforcement observed a meet with a known drug customer at a residence and then leave in the Volkswagen. Law enforcement observed the Volkswagen make multiple traffic violations. Law enforcement conducted a traffic stop on the Volkswagen for the traffic offense at 5400 S Redwood Road. A Highway Patrol K9 trooper conducted and exterior sniff of the Volkswagen and had a positive

indication for the presence of narcotics. Law enforcement located U.S. currency and heroin packaged for sale on GOMEZ-LLANOS.

13. Pursuant to the vehicle stop on February 16, 2022, a Utah state search warrant (No. 2390081) was issued for GOMEZ-LLANOS's residence at 4568 Hercules Drive, West Valley City, UT 84120, silver Volkswagen Tiguan (Temp tag CH48156), and for the white Honda Accord (UT plate U298RU). The warrant was signed by the Honorable Judge Robert P Faust.

14. GOMEZ-LLANOS was given his *Miranda* warning and he chose to speak to law enforcement. Post-*Miranda,* GOMEZ-LLANOS, told officers that he had been working in Utah for the past week selling mostly heroin. GOMEZ-LLANOS stated that he receives directions from the Mexico based DTO on where to meet clients and how much to sell. GOMEZ-LLANOS stated that he received a bag full of heroin and pills from the previous "runner", MARQUEZ-FLORES, who still lived in the same home as GOMEZ-LLANOS.

15. At GOMEZ-LLANOS's residence in West Valley City, law enforcement officers made contact with the owner of the home who identified GOMEZ-LLANOS as an occupant of the residence. GOMEZ-LLANOS took officers to his room and pointed out two bags where narcotics and currency would be found.

16. A search of GOMEZ-LLANOS's room revealed the following:

    Approximately 2.5 kilograms of heroin (field tested positive), 13,000 suspected fentanyl pills, and a large amount of US currency.

17. The suspected fentanyl pills will be sent to a laboratory for testing.

18. Based on my training and experience, 2.5 kilograms of heroin far exceeds a user amount and is indicative of distribution.

19. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Further, based on the foregoing information, your affiant respectfully requests that the complaint and warrants of arrest be issued for GOMEZ-LLANOS for the violations of law described in this complaint.

________________________________
Affiant,
Special Agent Hector Funes

SUBSCRIBED AND SWORN to before me this __15th___ day of February, 2022.

________________________________
Daphne Oberg
United States Magistrate Judge

APPROVED:

ANDREA T. MARTINEZ
United States Attorney

________________________________
Angie Clifford-Salisbury
Assistant United States Attorney